**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Western District of Pennsylvania

Case number (*If known*): _____  Chapter  11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  FarmFan, LLC d/b/a Harvie

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  47-2967933

4. **Debtor's address**

   **Principal place of business**
   2515 Banksville Road
   Number  Street

   Pittsburgh    PA    15216
   City          State  ZIP Code

   Allegheny County
   County

   **Mailing address, if different from principal place of business**
   Number  Street

   P.O. Box

   City  State  ZIP Code

   **Location of principal assets, if different from principal place of business**
   28 McCandless Avenue
   Number  Street

   Pittsburgh    PA    15201
   City          State  ZIP Code

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 1

| Debtor | FarmFan, LLC d/b/a Harvie | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*
- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

72 23

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes.  District _____  When _____  Case number _____
                                         MM / DD / YYYY
           District _____  When _____  Case number _____
                                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☒ No
- ☐ Yes.  Debtor _____  Relationship _____
           District _____  When _____
                                         MM / DD / YYYY
           Case number, if known _____

| Official Form 201 | Voluntary Petition for Non-Individuals Filing for Bankruptcy | page **2** |

| Debtor | FarmFan, LLC d/b/a Harvie | Case number *(if known)*_____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number      Street

_____

_____
City                                                  State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **FarmFan, LLC d/b/a Harvie**                                  Case number *(if known)*_____
        Name

| 16. Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☒ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **08/01/2025**
            MM / DD / YYYY

✘ **/s/ Simon Huntley**                              **Simon Huntley**
Signature of authorized representative of debtor      Printed name

Title **Chief Executive Officer**

**18. Signature of attorney**

✘ **/s/  Mason S. Shelton**                          Date **08/01/2025**
Signature of attorney for debtor                          MM / DD / YYYY

**Mason S. Shelton**
Printed name
**Bernstein-Burkley, P.C.**
Firm name
**601 Grant Street 9th Floor**
Number    Street
**Pittsburgh**                              **PA**        **15219**
City                                         State        ZIP Code

**412-456-8100**                             **mshelton@bernsteinlaw.com**
Contact phone                                Email address

**332792**                                   **PA**
Bar number                                   State

**Fill in this information to identify the case:**

Debtor name: FarmFan, LLC d/b/a Harvie

United States Bankruptcy Court for the: Western District of Pennsylvania

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | JPMorgan Chase Bank, National Association 1111 Polaris Parkway Columbus, OH, 43240 | | Monies Loaned / Advanced | Disputed Unliquidated Contingent | | | 101,134.25 |
| 2 | Meta Platforms, Inc. 1601 Willow Road Menlo Park, CA, 94025 | payment@fb.com | Services | Disputed Unliquidated Contingent | | | 48,892.37 |
| 3 | Clarion River Organics P.O. Box 40168 Pittsburgh, PA, 15201 | admin@clarionriverorganics.com | Suppliers or Vendors | Disputed Unliquidated Contingent | | | 28,505.38 |
| 4 | Quick Courier Service, Inc. 5185 Campus Drive Suite 100 Plymouth Meeting, PA, 19462 | 610-825-4984 pat.fanty@goqcs.com | Services | Disputed Unliquidated Contingent | | | 28,098.89 |
| 5 | Highland Farm Fresh LLC 3005 River Road Grantsville, MD, 21536 | 814-701-4310 printshoppe@verizon.net | Suppliers or Vendors | Disputed Unliquidated Contingent | | | 20,119.45 |
| 6 | Mobile Mini Willscot 4646 E. Van Buren Street Suite 4000 Phoenix, AZ, 85008 | billingres@mobilemini.com | Services | Disputed Unliquidated Contingent | | | 17,801.27 |
| 7 | Consumer Fresh Produce, Inc. One 21st Street Pittsburgh, PA, 15222 | 724-561-2874 ar@consumersproduce.com | Suppliers or Vendors | Disputed Unliquidated Contingent | | | 15,555.45 |
| 8 | Yarnick's Farm 155 Thomas Covered Bridge Road Indiana, PA, 15701 | 724-541-4655 yarnicksfarm@hotmail.com | | Disputed Unliquidated Contingent | | | 14,203.75 |

Debtor  **FarmFan, LLC d/b/a Harvie**   Case number (*if known*)_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Four Seasons Produce, Inc. 400 Wabash Road P.O. Box 788 Ephrata, PA, 17522 | Jason Hollinger 888-336-2800 receivables@fsproduce.com | Suppliers or Vendors | Disputed Unliquidated Contingent | | | 13,280.30 |
| 10 | Jubilee Hilltop Ranch, LLC 901 Beech Street Roaring Spring, PA, 16673 | Cheryl K. Salyards 814-515-7292 jubileehilltopranch@gmail.com | Suppliers or Vendors | Disputed Unliquidated Contingent | | | 12,963.54 |
| 11 | Central Pennsylvania Produce Cooperative, Inc. 7067 Kettle Road Tyrone, PA, 16686 | centralpaproduce@harvie.farm | Suppliers or Vendors | Disputed Unliquidated Contingent | | | 12,899.07 |
| 12 | International Paper Company 6400 Poplar Avenue Memphis, TN, 38197-0100 | 901-419-1844 lynaia.korcek@ipaper.com | Suppliers or Vendors | Disputed Unliquidated Contingent | | | 12,372.36 |
| 13 | Rainforest Distribution Corp. 20 Pulaski Street Suite A Bayonne, NJ, 07002 | 201-683-7652 ar@rainforestdistribution.com | Services | Disputed Unliquidated Contingent | | | 12,265.27 |
| 14 | Sunny Harvest LLC d/b/a Sunny Harvest Produce Farm Cooperative Wholesale Distributor 1851 Noble Road Kirkwood, PA, 17536 | 717-529-2851 sunnyharvest@ibyfax.com | Suppliers or Vendors | Disputed Unliquidated Contingent | | | 10,904.00 |
| 15 | Birch Creek Farmery Co. 400 State Line Road Burgettstown, PA, 15021 | 304-670-0783 birchcreekfarmery@gmail.com | Suppliers or Vendors | Disputed Unliquidated Contingent | | | 10,804.44 |
| 16 | Honeycomb Credit, Inc. 6024 Broad Street 3rd Floor Pittsburgh, PA, 15206 | George Cook | Monies Loaned / Advanced | Disputed Unliquidated Contingent | | | 10,346.67 |
| 17 | Tiny Seed Farm, LLC 127 45th Street Apt. 1 Pittsburgh, PA, 15201 | 717-725-5177 tinyseedorders@gmail.com | | Disputed Unliquidated Contingent | | | 9,418.80 |
| 18 | Dawson's Orchards, Inc. 122 Petersburg Road Enon Valley, PA, 16120 | 724-651-1733 carolyn@dawsonsorchards.com | Suppliers or Vendors | Disputed Unliquidated Contingent | | | 9,070.75 |
| 19 | Lancaster Farm Fresh Cooperative 201 Running Pump Road Lancaster, PA, 17603 | 717-656-3533 d.hornberger@lancasterfarmfresh.com | Suppliers or Vendors | Disputed Unliquidated Contingent | | | 8,228.02 |
| 20 | Locust Point Farms, LLC 430 Locust Point Road Elkton, MD, 21921 | 410-398-3111 wendell@locustpointfarms.com | Suppliers or Vendors | Disputed Unliquidated Contingent | | | 7,888.53 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

United States Bankruptcy Court

Western District of Pennsylvania

In re: FarmFan, LLC d/b/a Harvie

Case No.

Chapter 11

Debtor(s)

## Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 08/01/2025

/s/ Simon Huntley
Signature of Individual signing on behalf of debtor

Chief Executive Officer
Position or relationship to debtor

350° Bakery
2427 S 18th Street
Pittsburgh, PA 15210

Adda Group, LLC
546 Graham Street
Pittsburgh, PA 15232

Annlee DePaoli
5248 Carnegie Street
Pittsburgh, PA 15201

Atelier de Fer, LLC d/b/a De Fer Coffee & Tea
2002 Smallman Street
Pittsburgh, PA 15222

Bantry Technology Ltd.
4 Bantry Road
Dublin 9
Drumcondra, Dublin, D09YH92

Best Ever Granola LLC
291 Pearce Mill Road
Wexford, PA 15090

Birch Creek Farmery Co.
400 State Line Road
Burgettstown, PA 15021

Blue Goose Farm
2965 Blue Goose Road
Nicktown, PA 15762

BQ Farms Inc.
10 Queens Highway
Kerhonkson, NY 12446

Celtic Bank
268 State Street
Suite 300
Salt Lake City, UT 84111

Central Pennsylvania Produce Cooperative, Inc
7067 Kettle Road
Tyrone, PA 16686

Cerys Handschumacher
558 Watson Hollow Road
West Shokan, NY 12494

Chase
PO Box 44959
Indianapolis, IN 46244-4959

Clarion River Organics
P.O. Box 40168
Pittsburgh, PA 15201

Clarion River Organics
824 Whitmer Road
Sligo, PA 16255

Commonplace Coffee Company, Inc.
260 SUNSET DRIVE
Indiana, PA 15701

Commonplace Coffee Company, Inc.
1004 WASHINGTON BLVD
Pittsburgh, PA 15206

Consumer Fresh Produce, Inc.
One 21st Street
Pittsburgh, PA 15222

CT CORPORATION SYSTEM
300 Montvue Road
Knoxville, TN 37919-5546

Dawson's Orchards, Inc.
122 Petersburg Road
Enon Valley, PA 16120

Delallo's Italian Foods, Inc.
1 DeLallow Way
Department 2216
Mt. Pleasant, PA 15666-2770

Denver Cold Storage, Inc.
555A Sandy Hill Road
PO Box 303
Denver, PA 17517

Dianoia's Eatery
2549 Penn Avenue
Pittsburgh, PA 15222

Ehrlich Pest Control
P.O. Box 740608
Cincinnati, OH 45274

Equal Exchange, Inc.
50 United Drive
West Bridgewater, MA 02379

Euclid Fish Company
7839 Enterprise Drive
Mentor, OH 44060

Euro USA, Inc.
4481 Johnston Parkway
Cleveland, OH 44128

Food Matters Again
21 Provost Street
Brooklyn, NY 11222

Forma Pasta LLC
531 Beaver Street
Sewickley, PA 15143

Forma Pasta LLC
429 2nd Avenue
New Eagle, PA 15067

Four Seasons Produce, Inc.
400 Wabash Road
P.O. Box 788
Ephrata, PA 17522

Frankferd Farms, Inc.
717 Saxonburg Blvd.
Saxonburg, PA 16056

Getblok Farm, LLC
300 Main Avenue
Aliquippa, PA 15001-2449

GetBlok Farms, LLC
3000 Village Run Road #103-124
Wexford, PA 15090-6315

Highland Farm Fresh LLC
3005 River Road
Grantsville, MD 21536

Highland Farm Fresh, LLC
210 Jersey Dairy Road
Salisbury, PA 15558

HoneyComb Collateral LLC
6008 Broad Street
Pittsburgh, PA 15206

Honeycomb Credit, Inc.
6024 Broad Street
3rd Floor
Pittsburgh, PA 15206

International Paper Company
6400 Poplar Avenue
Memphis, TN 38197-0100

International Paper Company
P.O. Box 31001-0780
Pasadena, TN 91110-0780

JPMorgan Chase Bank, National Association
1111 Polaris Parkway
Columbus, OH 43240

Jubilee Hilltop Ranch, LLC
901 Beech Street
Roaring Spring, PA 16673

Keepwell Vinegar
226 Seneca Street
Harrisburg, PA 17110

Keystone Cultures Co.
119 Long Lane
Millheim, PA 16854

Labriola Enterprises GP, LLC
218 Field Club Road
Pittsburgh, PA 15238

Lancaster Farm Fresh Cooperative
201 Running Pump Road
Lancaster, PA 17603

Lettuce Ladies LLC
1855 Zehnder Road
Ambridge, PA 15003

Lettuce Ladies LLC
806 Blackburn Road
Sewickley, PA 15143

Locust Point Farms, LLC
430 Locust Point Road
Elkton, MD 21921

Locust Point Farms, LLC
140 Don Rene Road
Mount Wolf, PA 17347

Matthew Barth
6364 Pearl Road
Parma Heights, OH 44130

Mediterra Food Company, LLC d/b/a Mediterra B
801 Parkway View Drive
Pittsburgh, PA 15205

Meta Platforms, Inc.
1601 Willow Road
Menlo Park, CA 94025

Meta Platforms, Inc. c/o Corporation Service
1 Meta Way
Menlo Park, CA 94025

Mighty Small Farm, LLC
3761 Bakerstown Road
Gibsonia, PA 15044

Mobile Mini Willscot
4646 E. Van Buren Street
Suite 4000
Phoenix, AZ 85008

Mobile Mini, Inc. c/o The Corporation Trust C
Corporation Trust Center 1209 Orange Str
Wilmington, DE 19801

Nathan Holmes
216 Robinson Church Road
Bulger, PA 15019

Occidental Quotidian LLC
226 Seneca Street
Harrisburg, PA 17110

Ocho Sundries, LLC
3 Kingsford Drive
Pittsburgh, PA 15202

Pearl Delta Funding, LLC
55 Almeria Avenue
2nd Floor
Coral Gables, FL 33134

Pearl Valley Cheese, Inc.
54760 Township Road 90
Attn: W. Charles Ellis
Fresno, OH 43824

Pengate Handling Systems, Inc.
3 Interchange Place
York, PA 17406

Pengate Handling Systems, Inc.
P.O. Box 643031
Pittsburgh, PA 15264-3031

Penn-Gateway Recycling Inc.
28 Summit Park Drive
Pittsburgh, PA 15275

Perrystead Dairy LLC
1639 N Hancock Street
Suite 103
Philadelphia, PA 19122

Piebird
5304 Butler Street
Pittsburgh, PA 15201

Pipe Technologies Inc.
360 NW 27th Street
8th Floor
Miami, FL 33127

Pisarcik Greenhouses, LLC
365 Browns Hill Road
Valencia, PA 16059

Pita Land, Inc.
620 Brookline Boulevard
Pittsburgh, PA 15226

Pittsburgh Pie Baking Company d/b/a Pittsburg
616 N Highland Avenue
Pittsburgh, PA 15206

Pittsburgh Pie Guy
182 Oneida Street
Pittsburgh, PA 15211

Quick Courier Service, Inc.
5185 Campus Drive
Suite 100
Plymouth Meeting, PA 19462


Rainforest Distribution Corp.
20 Pulaski Street
Suite A
Bayonne, NJ 07002


Rainforest Distribution Corp. c/o Northwest R
502 W 7th Street
Suite 100
Erie, PA 16502


Rancho Gordo Inc.
1924 Yajome Street
Napa, CA 94559


Reanimator Coffee, LLC
310 West Master Street
Philadelphia, PA 19122


Retool Inc.
1550 Bryant Street
Suite 200
San Francisco, CA 94103


Retool, Inc. c/o The Company Corporation
251 Little Falls Drive
Wilmington, DE 19808


Richard King Mellon Foundation
500 Grant Street, Suite 4106
Pittsburgh, PA 15219


Sol Patch Garden LLC
32 Wood Street
Braddock, PA 15104


Sol Refill LLC
6901 Lynn Way
Pittsburgh, PA 15208


Sol Refill LLC
3512 Penn Avenue
Pittsburgh, PA 15201


Spiral Path Farm, LLC
538 Spiral Path Lane
Loysville, PA 17047


Spiral Path Farm, LLC
RD #1 BOX 108-A
Loysville, PA 17047


SRO, LTD.
9817 Yoakum Drive
Beverly Hills, CA 90210


Sunny Harvest LLC d/b/a Sunny Harvest Produce
1851 Noble Road
Kirkwood, PA 17536


Sunny Harvest LLC d/b/a Sunny Harvest Produce
1680 Noble Road
Kirkwood, PA 17536


Sunrise Logistics, Inc.
820 North Reading Road
P.O. Box 584
Ephrata, PA 17522


Sunrise Logistics, Inc.
400 Wabash Road
PO Box 788
Ephrata, PA 17522


The Barmy Soda Company
7118 Card Lane
Pittsburgh, PA 15208


The Chefs' Warehouse, Inc.
P.O. Box 30944
New York, NY 10087-0944


The Chefs' Warehouse, Inc. c/o Corporation Se
251 Little Falls Drive
Wilmington, DE 19808


The Farm at Doe Run
324 Hicks Road
Coatesville, PA 19320


The Pittsburgh Juice Company
3103 Penn Avenue
Pittsburgh, PA 15201


The Pittsburgh Juice Company, LLC d/b/a The P
3418 Penn Avenue
Pittsburgh, PA 15201

Thermo King of Pittsburgh, Incorporated
13031 Route 30
North Huntingdon, PA 15642

Thoma Meat Market Inc.
748 Dinnerbell Road
Saxonburg, PA 16056

Tiny Seed Farm, LLC
127 45th Street
Apt. 1
Pittsburgh, PA 15201

Tiny Seed Farm, LLC c/o Elliott & Davis, PC
6101 Penn Avenue
Suite 201
Pittsburgh, PA 15206

Turner Dairy Farms, Inc.
1049 Jefferson Road
Pittsburgh, PA 15235

Twin Brook Dairy Company
234 Olde Orchard Drive
Bridgeville, PA 15017

Twin Brook Dairy Company
844 Chislett Street
Pittsburgh, PA 15206

U-Line Corporation d/b/a Uline Shipping Suppl
1400 Toastmaster Drive
Elgin, IL 60120

U-Line Corporation d/b/a Uline Shipping Suppl
P.O. Box 88741
Chicago, IL 60680-1741

U-Line Corporation d/b/a Uline Shipping Suppl
301 South Bedford Street
Suite 1
Madison, WI 53703-3691

UniFirst
1150 Second Avenue
New Kensington, PA 15068

Ventec Refrigeration, Inc.
2531 Universal Road
Penn Hills, PA 15235

Vera Pasta, Inc.
319 Westtown Road
Suite K
West Chester, PA 19382

Warehouse Development Company
5840 Ellsworth Avenue
Suite 300
Pittsburgh, PA 15232

Whisked, Inc.
9227 Hampton Overlook
Capitol Heights, MD 20743

Whisked, Inc. c/o Registered Agents Inc.
5000 Thayer Center
Suite C
Oakland, MD 21550

Wild For Salmon
521 Montour Blvd.
Bloomsburg, PA 17815

Wild For Salmon
87 Schoolhouse Lane
Bloomsburg, PA 17815

Willow Bend English Muffin Company y
103 Skrabut Road
Sewickley, PA 15143

Wise County Biscuits
30 Lincoln Avenue
Pittsburgh, PA 15202

Yarnick's Farm
155 Thomas Covered Bridge Road
Indiana, PA 15701

**WRITTEN CONSENT OF**
**THE SOLE MEMBER OF**
**FARMFAN, LLC**

WHEREAS, that Simon R. Huntley is the Manager and the Sole Member (the "<u>Member</u>") of FarmFan, LLC (the "<u>Company</u>);

BE IT RESOLVED that the Member is hereby authorized and empowered for and on behalf of the Company to file a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, and to undertake all necessary acts consistent with the rights and duties of the Member under Pennsylvania Corporation Law, and any and all other statutory, regulatory, and common law to effectuate bankruptcy filing.

BE IT FURTHER RESOLVED that the Member is authorized as the Member of the Company to serve as the signatory to sign all documents necessary to the administration of the bankruptcy case on behalf of the Company.

BE IT FURTHER RESOLVED that the Member hereby authorizes the Company to engage the law firm of Bernstein-Burkley, P.C. for all legal services related to the bankruptcy filing and related proceedings.

The undersigned hereby certifies that the above and foregoing is a true and correct copy of a Resolution adopted by the Member of the above-named Company by written authorization on this  30th  day of July, 2025, in lieu of a meeting.

**FarmFan, LLC**

*/s/ Simon Huntley*
_____
Simon R. Huntley
**Manager**